UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARTHUR LATRELLE HUMPHREY,<br>Plaintiff,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF HUMAN SERVICES et al.,<br>Defendants. | Case No. 3:26-cv-00864<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

# MEMORANDUM ORDER

Plaintiff has filed two motions seeking a determination of the sufficiency of his service on certain defendants or, alternatively, an extension of time to complete proper service under Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. Nos. 27, 42.) To the extent that plaintiff seeks guidance about service of process, apart from any defense motions or other legal challenges, the Court cannot give legal advice. To the extent that defendants have challenged the sufficiency of service of process in their pending motion to dismiss (Doc. No. 39), that challenge is intertwined with other challenges to the merits of the case. At this point, the more prudent course is to address the motion to dismiss on its merits; if at least some part of this case survives dismissal on the merits then the Court has the authority to grant more time for service of process as needed. *See, e.g., Hardin v. City of Memphis Div. of Fire Servs.*, No. 219CV02556, 2021 WL 4237139, at *3 (W.D. Tenn. Aug. 23, 2021) (denying motion to dismiss without prejudice and allowing additional time to complete service of process) (citations omitted), *report and recommendation adopted*, No. 219CV02556, 2021 WL 4236617 (W.D. Tenn. Sept. 16, 2021); *Finnell v. Eppens*, No. 1:20-CV-337, 2021 WL 2280656, at *6 (S.D. Ohio June 4, 2021) (denying motion to dismiss and extending

time for service); *Benitez v. Eitel*, No. 13-CV-328, 2014 WL 411726, at *1 (S.D. Ohio Feb. 3, 2014) (denying motion to dismiss and extending time for service).

Accordingly, the Court DENIES WITHOUT PREJUDICE plaintiff's motions for a determination of the sufficiency of service or for an extension of time to complete service. (Doc. Nos. 27, 42.)

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge